UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                Plaintiff,

    -against-

CITY OF NEW YORK (HRA); US S.D. COURT,

               Defendants.

19-CV-9983 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 9, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed amended request to proceed *in forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 9, 2019
         New York, New York

                                              COLLEEN McMAHON
                                              Chief United States District Judge